# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Belinda Harris | **Repayment Agreement and Order** | No: 7:17-CR-00014-001 |

---

On July 12, 2018, Belinda Harris was sentenced to 57 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Harris. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on July 12, 2018, I have been ordered to pay a total restitution of $258,914.00 and a special assessment of $200.00.

2. On November 27, 2020, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on July 5, 2019. The current balance of my restitution is $252,916.16.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 31st day of August, 2021, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $150.00 per month during the term of supervision.

_____      8/10/21
Belinda Harris                                         Date

_____      8/10/21
Amanda G. Reed, U.S. Probation Officer      Date

_____      8/24/21
Assistant U.S. Attorney                             Date

---

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

s/Hugh Lawson
Hugh Lawson
Senior U.S. District Judge

8/26/2021
Date