IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

v.   NO. 7:17-CR-00014-001 (HL)

**BELINDA HARRIS**

## ORDER

For good and sufficient cause shown to the Court, the Petition for Action for Offender Under Supervision filed on November 15, 2021 (CM/ECF Doc. #204) is hereby dismissed.

SO ORDERED this  8th  day of        August       , 2023.

s/Hugh Lawson
HUGH LAWSON
SENIOR U.S. DISTRICT JUDGE

Prepared by: AGR